# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

FILED
AUG 23 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---

UNITED STATES OF AMERICA,

V.

NICHOLAS KING BEYER,

CR 18 0392 CRB

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 1001(a)(2) – False Statement to Government Agency;
18 U.S.C. § 1001(a)(1) – Falsify, Conceal, or Cover Up by Trick, Scheme, or Device
a Material Fact to Government Agency

A true bill.

_____ Foreman

Filed in open court this 23rd day of August, 2018

_____ Clerk

Bail, $ ——  NO BAIL WARRANT
8/23/18

1  ALEX G. TSE (CABN 152348)
   United States Attorney

FILED

AUG 23 2018

SUSAN Y SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 18 0392 CRB |
|---|---|
| Plaintiff, | ) VIOLATIONS: |
| v. | ) 18 U.S.C. § 1001(a)(2) – False Statement to Government Agency (Two Counts); |
| NICHOLAS KING BEYER, | ) 18 U.S.C. § 1001(a)(1) – Falsify, Conceal, or Cover Up by Trick, Scheme, or Device a Material Fact to Government Agency (Two Counts) |
| Defendant. | ) SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury Charges:

COUNT ONE:     (18 U.S.C. § 1001(a)(2) – False Statement)

On or about December 2, 2016, in the Northern District of California, the defendant,

NICHOLAS KING BEYER,

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the Federal Aviation Administration, an agency within the executive branch of the Government of the United States, specifically: his false statement on a Federal Aviation Administration Form 8500-8 indicating that he did not have and had never had a mental disorder of any sort (Question 18m), despite having represented to the United States Department

INDICTMENT

1  of Veterans Affairs that he had a major depressive disorder and having received medical disability
2  benefits as a result of that condition. All in violation of Title 18, United States Code, Section
3  1001(a)(2).
4  COUNT TWO:      (18 U.S.C. § 1001(a)(1) – Falsify, Conceal, or Cover Up by Trick, Scheme, or Device a Material Fact)
5
6      On or about December 2, 2016, in the Northern District of California, the defendant,
7                    NICHOLAS KING BEYER,
8  did willfully and knowingly falsify, conceal, and cover up by trick, scheme, and device a material fact in
9  a matter within the jurisdiction of the Federal Aviation Administration, an agency within the executive
10 branch of the Government of the United States, by falsely representing in the Explanations Section to
11 Question 18(y) in a Federal Aviation Administration Form 8500-8 that he was only receiving United
12 States Department of Veterans Affairs medical disability benefits because of his knee injury, and
13 thereby concealing that he was receiving those benefits for additional reasons, well knowing and
14 believing that those additional reasons included his major depressive disorder. All in violation of Title
15 18, United States Code, Section 1001(a)(1).
16 COUNT THREE:    (18 U.S.C. § 1001(a)(2) – False Statement)
17     On or about May 24, 2018, in the Northern District of California, the defendant,
18                   NICHOLAS KING BEYER,
19 did willfully and knowingly make a materially false, fictitious, and fraudulent statement and
20 representation in a matter within the jurisdiction of the Federal Aviation Administration, an agency
21 within the executive branch of the Government of the United States, specifically: his false statement on
22 a Federal Aviation Administration Form 8500-8 indicating that he did not have and had never had a
23 mental disorder of any sort (Question 18m), despite having represented to the United States Department
24 of Veterans Affairs that he had a major depressive disorder and having received medical disability
25 benefits as a result of that condition. All in violation of Title 18, United States Code, Section
26 1001(a)(2).
27 //
28 //

INDICTMENT

1 | COUNT FOUR:    (18 U.S.C. § 1001(a)(1) – Falsify, Conceal, or Cover Up by Trick, Scheme, or Device a Material Fact)

On or about May 24, 2018, in the Northern District of California, the defendant,

**NICHOLAS KING BEYER,**

did willfully and knowingly falsify, conceal, and cover up by trick, scheme, and device a material fact in a matter within the jurisdiction of the Federal Aviation Administration, an agency within the executive branch of the Government of the United States, by falsely representing in the Explanations Section to Question 18(y) in a Federal Aviation Administration Form 8500-8 that he was only receiving United States Department of Veterans Affairs medical disability benefits because of his knee and back injuries, and thereby concealing that he was receiving those benefits for additional reasons, well knowing and believing that those additional reasons included his major depressive disorder. All in violation of Title 18, United States Code, Section 1001(a)(1).

DATED: 8/23/2018

A TRUE BILL

_____
FOREPERSON

ALEX G. TSE
United States Attorney

_____
DANIEL KALEBA
Deputy Chief, Criminal Division

(Approved as to form: _____ )
AUSA NICHOLAS J. WALSH

INDICTMENT

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT           Name of District Court, and/or Judge/Magistrate Location
                                  ☐ SUPERSEDING           NORTHERN DISTRICT OF CALIFORNIA
                                                          SAN FRANCISCO DIVISION

**OFFENSE CHARGED**

18 U.S.C. § 1001(a)(2) - False Statement to Government Agency (Two Counts)

18 U.S.C. § 1001(a)(1) - Falsify, Conceal, or Cover Up by Trick, Scheme, or Device a Material Fact to Government Agency (Two Counts)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:   Maximum 5 years' imprisonment
           Maximum 3 years of supervised release
           Maximum $250,000 fine
           Mandatory $100 special assessment

DEFENDANT - U.S
▶ NICHOLAS KING BEYER

DISTRICT COURT NUMBER
CR 18 0392

FILED
AUG 23 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND
CRB

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
DOT-OIG, VA-OIG

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   Alex G. Tse
                                         ☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Nicholas J. Walsh

**DEFENDANT**

IS NOT IN CUSTODY
   Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction       } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT       Bail Amount: No Bail
If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                      Before Judge:

Comments: