STEVEN G. KALAR
Federal Public Defender
DAVID RIZK
Assistant Federal Public Defender
450 Golden Gate Ave, 19th Floor
San Francisco, CA 94102
Telephone:     (415) 436-7700
Facsimile:      (415) 436-7706
E-mail:         David_rizk@fd.org

Counsel for Defendant BEYER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 18-392 CRB |
| Plaintiff, | **DECLARATION OF DAVID RIZK IN SUPPORT OF MOTION TO REQUIRE DISCOLSURE OF BRADY, GIGLIO, AND RULE 3.8(D) MATERIAL BEFORE TRIAL** |
| v. | |
| NICHOLAS BEYER, | |
| Defendant. | **Judge**: Hon. Charles Breyer<br>**Court**: Courtroom 6, 17th Floor |

I, David Rizk, declare under penalty of perjury:

1.      I am an Assistant Federal Public Defender appointed to represent defendant

Nicholas Beyer in the above-captioned case.

2.      Attached hereto as Exhibit A is a true and correct copy of Honorable Judge

Breyer's order granting the parties' stipulated request to continue the trial date in *United States*

*v. Burns,* No. CR 16-132 CRB (ECF No. 24).

3.     Attached hereto as Exhibit B is a true and correct copy of Honorable Judge Hixson's order granting the parties' stipulation request re: pretrial schedule in *United States v. Chavez-Martinez,* No. CR 19-351 TSH (ECF No. 38).

4.     Attached hereto as Exhibit C is a true and correct copy of Honorable Judge Chhabria's order granting the parties' stipulation request re: trial schedule in *United States v. Keller,* No. CR 18-462 VC (ECF No. 61).

5.     Attached hereto as Exhibit D Honorable Judge Chen's order granting defendant's motion to require disclosure of *Brady* and Rule 5-110(D) material in *United States v. Walker,* No. CR 17-00570 EMC, 2018 WL 3023518 (N.D. Cal. June 18, 2018).

6.     Attached hereto as Exhibit E is a true and correct copy the July 19, 2018 minute order in *United States v. Shafi,* No. CR 15-00582 WHO (ECF No. 219).

7.     Attached hereto as Exhibit F is a true and correct copy of the July 19, 2018 motion hearing transcript in *United States v. Shafi,* No. CR 15-00582 WHO (ECF No. 221).

8.     Attached hereto as Exhibit G is a true and correct copy of the February 11, 2018 pretrial order in *United States v. Valdez,* No. CR 18-00608 JD (ECF No. 52).

9.     Attached hereto as Exhibit H is a true and correct copy of the Proposed Order to Require Pretrial Discolsure of *Brady, Giglio, and* Rule 3.8(d) Material in this case, *United States v. Beyer,* CR 18-392 CRB (ECF No. 29-1).

10.     Attached hereto as Exhibit I is a true and correct copy of the June 13, 2018 motion hearing transcript in *United States v. Walker,* No. CR 17-00570 EMC (ECF No. 60).

DATED:  December 2, 2019

Respectfully submitted,

STEVEN G. KALAR
Federal Public Defender

/S

DAVID RIZK
Assistant Federal Public Defender