DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ALEXANDRA J. SHEPARD (CABN 205143)
Special Assistant United States Attorney

DAVID WARD (CABN 239504)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
david.ward@usdoj.gov
alexandra.shepard2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NICHOLAS BEYER, <br><br> Defendant. | CASE NO. CR. 18-00392 CRB <br><br> **DECLARATION OF NICHOLAS SANZONE IN SUPPORT OF THE UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 12 AND THE FOURTH AMENDMENT** |

I, Nicholas Sanzone, declare and state as follows:

1. I am a Special Agent with the Department of Veterans Affairs Office of Inspector General (VA OIG) and lead case agent for VA OIG in the above-captioned case.

2. The Department of Veteran's Affairs, though one agency, is divided into three organizations. The Veterans Health Administration is in charge of providing medical treatment to veterans

1

and their families. The Veterans Benefits Administration is separate from the healthcare organization and is responsible for, among other things, providing disability benefits to veterans. The third organization is the National Cemetery Association.

3. To be filed under seal and attached as **Exhibit A** is a true and correct copy of Defendant's VA Form 21-526 EZ, Department of Veterans Affairs Application for Disability Compensation and Related Compensation Benefits. One of the service-connected disabilities for which Defendant claimed compensation on the form was "major depression."

4. Attached as **Exhibit B** is a true and correct copy of the "Notice To Veteran/Service Member Of Evidence Necessary To Substantiate A Claim For Veterans Disability Compensation And Related Compensation Benefits" which is posted on the VA's web site and referred to in Exhibit A. This notice is available at https://www.ebenefits.va.gov/ebenefits-portal/downloads/VA_Compensation_Notice-What_the_Evidence_Must_Show.pdf. Although this notice was not attached to the copy of Defendant's VA Form 21-526 EZ in the government's possession (Exhibit A), I am informed and believe that it would have been in effect at the time Defendant submitted his application for disability benefits on January 21, 2016.

5. Once an individual applies for disability benefits from the VA using VA Form 21-526 EZ, the VA then arranges, as needed, for a physical exam of the applicant, known as a Compensation & Pension (or C&P) exam. The C&P exam is conducted by a healthcare professional who assesses the applicant's disability, determines if the disability is service connected, and transmits his or her report to the Veteran Benefits Association, for claims processing.

6. The VA arranged for the Defendant to participate in a C&P exam by a psychiatrist for his claimed disability of major depression.

7. To be filed under seal and attached as **Exhibit C** is a true and correct copy of the VA's Rating Decision for Nicholas Beyer, dated April 8, 2016. Page two of the form identifies the evidence used by the VA in making a decision on defendant's disabilities.

8. Attached as **Exhibit D** is a true and correct copy of the Department of Veterans Affairs Veterans Health Administration Notice of Privacy Practices in effect at the time the Defendant submitted his application for disability benefits to the VA.

9. On December 17, and 18, 2019, I communicated by email with privacy officers from the VA who informed me of the following. The VA's privacy policy is described in a Notice of Privacy Practices (NOPP). Every time the VA revises the NOPP, the VA sends veterans a copy of the new policy. Veterans are not required to sign an acknowledgement form when they receive a copy of the new policy.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 30th day of December, 2019, in Oakland, California.

_____
SPECIAL AGENT NICHOLAS SANZONE
Department of Veterans Affairs
Office of Inspector General