DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ALEXANDRA J. SHEPARD (CABN 205143)
Special Assistant United States Attorney

DAVID WARD (CABN 239504)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    david.ward@usdoj.gov
    alexandra.shepard2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NICHOLAS BEYER, <br><br> Defendant. | CASE NO. CR. 18-00392 CRB <br><br> **DECLARATION OF ALEXANDRA SHEPARD IN SUPPORT OF THE UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 12 AND THE FOURTH AMENDMENT** |

I, Alexandra Shepard, declare and state as follows:

1. I am a Special Assistant United States Attorney for the Northern District of California assigned to the prosecution of the above-captioned case.

2. To be filed under seal and attached as **Exhibit E** is a true and correct copy of the United States' *Ex Parte* Application for An Order Pursuant to 38 U.S.C. § 7332 and 28 U.S.C. § 1651, dated July 12, 2018.

3. To be filed under seal and attached as **Exhibit F** is a true and correct copy of an Order signed by the Hon. Maria-Elena James on July 12, 2018.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 30th day of December, 2019, in San Francisco, California.

_____
ALEXANDRA SHEPARD
Special Assistant United States Attorney

SHEPARD DECL. ISO OF U.S.' OPP. TO DEF.'S
MOT. TO SUPPRESS
CR 18-00392 CRB